# Order

**Lansing, Michigan**

September 11, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137987 (69)

JAMES A. LOOS, JR.,
      Plaintiff-Appellee,

v

                        SC: 137987
                        COA: 275704
                        WCAC: 05-000246

J.B. INSTALLED SALES, INC., a/k/a J.B.
SUPPLY and ACCIDENT FUND
INSURANCE COMPANY OF AMERICA,
      Defendants-Appellants,
and

ROBINSON ROOFING,
      Defendant-Appellee.

_____/

On order of the Court, the motion to strike is DENIED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk

0831